IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02000-WYD-MEH

BASTIENS RESTAURANT, INC.,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice filed May 18, 2012.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation for Dismissal with Prejudice (ECF No. 35) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

Dated:  May 18, 2012

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge